WATFORD, Circuit Judge,
dissenting:
Both the IJ and the BIA considered and rejected Singh’s claim that he was persecuted at least in part because of his familial ties to Gill. Singh points to no direct evidence in the record that compels a contrary conclusion. See Dinu v. Ashcroft, 372 F.3d 1041, 1044 (9th Cir.2004). The record instead supports the BIA’s conclusion that Singh suffered persecution during the course of a criminal investigation, which, while reprehensible, does not afford a basis for relief. See id. at 1045. The majority says “Singh was not suspected of any crime,” Maj. Op. at 641, but the record shows that police officers suspected Singh of assisting in a high-profile prison escape. Singh’s most egregious mistreatment occurred during the investigation of that escape, and he testified that officers repeatedly questioned him about it. I would deny the petition.